# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HAYLEE CHRISTYNE KELLY

VERSUS

18TH JUDICIAL DISTRICT COURT, ET AL.

CIVIL ACTION

24-970-SDD-RLB

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 24, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the 18th Judicial District Court's Rule 12(b)(6) Motion to Dismiss for Lack of Procedural Capacity is granted, and Plaintiff's claims against the 18th JDC Court are dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on this 29 day of April, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 11.