UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAYLEE CHRISTYNE KELLY

VERSUS

18TH JUDICIAL DISTRICT COURT, ET AL.

CIVIL ACTION

24-970-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated June 10, 2024, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's federal claims against Robin Lotz Rills are dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e) and Plaintiff's state law claims against Robin Lotz Rills are dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on this 2 day of July, 2025.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.