UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAYLEE CHRISTYNE KELLY

VERSUS

18TH JUDICIAL DISTRICT COURT, ET AL.

CIVIL ACTION

24-970-SDD-RLB

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated February 12, 2026, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and (6)[3] is denied.

Signed in Baton Rouge, Louisiana, on this 10 day of March, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 21.
[2] Rec. Doc. 25.
[3] Rec. Doc. 21.